FILED
CLERK, U.S. DISTRICT COURT
11/8/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TATIANNA EWERS,<br><br>　　　　Defendant. | CR No. 2:23-cr-00548-FMO<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1709: Theft of Mail by a Postal Employee; 18 U.S.C. § 1703(a): Opening and Destruction of Mail by a Postal Service Employee Without Lawful Authority] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1709]

On or about May 20, 2023, in Los Angeles County, within the Central District of California, defendant TATIANNA EWERS, an employee of the United States Postal Service, stole, abstracted, and removed an article from the mail, namely, a Target gift card, contained in mail addressed to J.C. in Burbank, California, which had come into her possession intended to be conveyed by the United States mail.

COUNT TWO

[18 U.S.C. § 1703(a)]

On or about August 7, 2023, in Los Angeles County, within the Central District of California, defendant TATIANNA EWERS, an employee of the United States Postal Service, unlawfully destroyed and opened mail entrusted to her, which came into her possession and was intended to be conveyed by the United States mail, namely: an envelope addressed to A.S., an envelope addressed to T.Y.R., an envelope addressed to C.P., an envelope addressed to P.P., and an envelope addressed to G.T.

A TRUE BILL

_____/s/_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

DANIEL H. WEINER
Assistant United States Attorney
General Crimes Section